UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SCOTLAND B. FRASER,

                Plaintiff,

-against-

TORRONE SIGNS and LOCAL 137 as
aider and abettor,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
04-CV- 3790 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 3 0 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 28, 2005, dismissing the case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       September 28, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court